**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gisele Mudasumbwa, | No. CV-25-03452-PHX-JZB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Kristi Noem, *et al.*, | |
| Defendants. | |

On November 5, 2025, an Order issued setting this matter for Order to Show Cause Hearing on November 18, 2025 at 10:00 AM for Plaintiff's failure to comply with LRCiv 3.7(b). (Doc. 6). Plaintiff having failed to appear at the scheduled hearing,

**IT IS ORDERED** that Plaintiff show cause in writing within ten (10) days of the date of this Order why this case should not be dismissed without prejudice. If Plaintiff fails to respond, this case will be dismissed without further notice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action if Plaintiff fails to timely comply with the Court's Order on **December 1, 2025.**

Dated this 18th day of November, 2025.

Honorable John J. Tuchi
United States District Judge